# Court of Appeals
# of the State of Georgia

ATLANTA,  January 10, 2013

*The Court of Appeals hereby passes the following order:*

## A13D0167.  ARRAIS JULCILEIDE v. AH4R.

The state court entered an order requiring Arrais Julcileide to pay rent into the registry of the court pending final resolution of this dispossessory action. Julcileide then filed this discretionary application seeking to appeal the order. We, however, lack jurisdiction.

The order compelling payment of rent into the court registry is not a final order because the dispossessory action remains pending below. See *Rivera v. Housing Authority of Fulton County*, 163 Ga. App. 648 (295 SE2d 336) (1982). Thus, Julcileide was required to follow the interlocutory application procedures set forth in OCGA § 5-6-34 (b), which includes obtaining a certificate of immediate review from the trial court within the requisite time period. OCGA § 5-6-35, the discretionary appeal statute, does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b). See *Bailey v. Bailey*, 266 Ga. 832 (471 SE2d 213) (1996).

Julcileide's failure to comply with the interlocutory appeal procedures deprives us of jurisdiction over this application, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 01/10/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*